**Christopher L. MINOR, Jr., Cleveland McNeil, Barbara Williams Johnson and Shirley Williams Camp**

**v.**

**MARYLAND CASUALTY COMPANY and Kelly-Generes Construction Company.**

No. 46966.

Nov. 12, 1963.

In re: Maryland Casualty Company and Kelly-Generes Construction Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 156 So.2d 235.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

■

157 So.2d 231

**Herbert BETTIS**

**v.**

**Audie J. PERRY et al.**

No. 46959.

Nov. 12, 1963.

In re: The Travelers Insurance Company and Audie J. Perry applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Beauregard. 155 So.2d 862.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

■

157 So.2d 231

**Alex BERGER**

**v.**

**Mrs. Anna Shirley BURGLASS, Divorced Wife of Joseph DeSALVO.**

No. 46970.

Nov. 12, 1963.

In re: Alex Berger applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 156 So.2d 323.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.